564 A.2d 161

**COMMONWEALTH of Pennsylvania**

v.

**John F. LEARN, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 29, 1989.

Decided Oct. 6, 1989.

Reargument Denied Nov. 30, 1989.

Bruce L. Getsinger, Cranberry, for appellant.

William R. Cunningham, Dist. Atty., James K. Vogel, Asst. Dist. Atty., E.J. DiSantis, Jr., First Asst. Dist. Atty.,

512

James Blackwood, Office of the Dist. Atty., Erie, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., and ZAPPALA, J., dissent.